

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re Paula Atkinson

No. 06-25-00046-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we dismiss Atkinson's petition for a writ of mandamus as moot.

RENDERED JUNE 27, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk